# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135289(45)

EDWARD GUOAN,
      Plaintiff-Appellant,

v

                                SC: 135289
                                COA: 277823
                                Chippewa CC: 07-009119-AH

JERI ANN SHERRY, WARDEN,
      Defendant-Appellee.

_____/

On order of the Court, the motion for reconsideration of this Court's March 24, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

d0519

                                              Clerk